Herman Lamm et al., appellees, v. Amber Furniture Company, successor to Bernstein Furniture Company, appellant. Gen. No. 32,259.

Opinion filed March 26, 1928. Rehearing denied April 9, 1928.

Schoenbrod & Rosengard, for appellant. Harry D. Knight, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

Ruth Raymond for use of Sam Chalip, appellee, v. The Girard Fire & Marine Insurance Company, garnishee, appellant. Gen. No. 32,306.

Opinion filed March 26, 1928.

Silber, Isaacs, Silber & Woley, for appellant; Frederick D. Silber and Samuel Levin, of counsel. Golden & Golden, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

J. Liston Nau et al., appellees, v. H. O. Dannenberg, appellant. Gen. No. 32,324.

Opinion filed March 26, 1928.

Harold W. Jirka, for appellant. Rothbart & Lewis, for appellees; Wharton Plummer, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Robert Seligman, defendant in error, v. Slater & Slater, Inc., plaintiff in error. Gen. No. 32,400.

Opinion filed March 26, 1928.

Edward L. England, for plaintiff in error; Edward F. O'Toole and Homer A. Dodge, of counsel. Otto Baer, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

John J. Phee, appellant, v. John Paluch, appellee. Gen. No. 32,453.

Opinion filed March 26, 1928.

John S. Flannery, for appellant. No appearance for appellee.

Mr. Justice McSurely delivered the opinion of the court.